UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN DEVON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. CRUZ, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-00472-NONE-EPG (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PAY FILING FEE<br><br>(Doc. No. 9) |

　　　　Plaintiff Alan DeVon is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 24, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff not be allowed to proceed in forma pauperis and instead be directed to pay the required filing fee in full if she wishes to proceed with this action because: (1) she is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations in her complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (Doc. No. 4.) On August 12, 2021, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the filing fee in full

within thirty (30) days.  (Doc. No. 9.)  Plaintiff was cautioned that her failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action.  (*Id*. at 3.)

To date, plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and
2. The Clerk of the Court is directed to assign a district judge for the purpose of closing this case and then to close this case.

IT IS SO ORDERED.

Dated:  **October 5, 2021**

_____
UNITED STATES DISTRICT JUDGE